United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATSU ACOLATSE,<br><br>                              Plaintiff,<br>          v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 10-CV-02024-LHK<br><br>ORDER EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

On October 26, 2010, the parties filed a stipulation to extend the time for Plaintiff to file a Summary Judgment Motion or otherwise plead by 30 days, to and including November 22, 2010. The parties so stipulated at the request of Plaintiff's counsel to allow her additional time to fully research the issues presented. In this instance, the Court will grant the extension to avoid prejudice to Plaintiff. The Court notes, however, that any future requests to extend time must conform to Civil Local Rule 6-2 and should be made in advance of the deadline the parties seek to extend.

Pursuant to stipulation, Plaintiff shall have until November 22, 2010 to file a Motion for Summary Judgment or otherwise plead.

**IT IS SO ORDERED.**

Dated: October 27, 2010

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02024-LHK
ORDER EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT