UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATSU ACOLATSE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | Case No.: 10-CV-02024-LHK<br><br>ORDER SETTING BRIEFING<br>SCHEDULE AND HEARING ON<br>MOTION TO WITHDRAW;<br>CONTINUING DEADLINE FOR<br>SUMMARY JUDGMENT MOTION |

On November 16, 2010, Marc V. Kalagian and the Law Offices of Rohlfing & Kalagian, as attorneys for Plaintiff Atsu Acolatse, moved for an order to relieve them as counsel of record in this case.  Under the current case schedule, Plaintiff's motion for summary judgment or remand was due today, November 22, 2010.  In order to resolve Plaintiff counsel's motion expeditiously and avoid prejudice to Plaintiff, the Court will continue the deadline for Plaintiff's summary judgment motion and set a hearing date and expedited briefing schedule for the motion to withdraw.

The motion to withdraw will be heard on December 21, 2010, at 1:30 p.m., in Courtroom 4, fifth floor, in the San Jose Courthouse.  If Plaintiff or Defendant wishes to oppose the motion, they shall file an opposition by Thursday, December 9, 2010.  Plaintiff's counsel may file a response to

1

Case No.: 10-CV-02024-LHK
ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION TO WITHDRAW; CONTINUING
DEADLINE FOR SUMMARY JUDGMENT MOTION

any opposition no later than Wednesday, December 15, 2010.  The deadline for Plaintiff to file a motion for summary judgment is continued; the Court will determine a revised deadline in conjunction with its order on the motion to withdraw.

Plaintiff's counsel shall serve this Order on Plaintiff by certified mail as soon as possible and file proof of service with the Court.

**IT IS SO ORDERED.**

Dated: November 22, 2010

_____
LUCY H. KOH
United States District Judge